

### February 19, 2016

| | | |
|---|---|---|
| CAAP–15–00 00353 | State v. Skinner | Affirmed |
| CAAP–15–00 00094 | Sulla v. Horowitz | Affirmed |

### February 23, 2016

| | | |
|---|---|---|
| CAAP–14–00 01068 | State v. Purdy | Affirmed |

### February 25, 2016

| | | |
|---|---|---|
| CAAP–13–00 04082 | Central Pacific Bank v. Ancheta | Dismissed |
| CAAP–15–00 00100 | J., In re | Affirmed |

### February 26, 2016

| | | |
|---|---|---|
| CAAP–13–00 05534 | Abordo v. Department of Public Safety | Affirmed |
| CAAP–13–00 01476 | Minichino v. McKeon | Affirmed |

### February 29, 2016

| | | |
|---|---|---|
| CAAP–14–00 00448 | State v. Thomas | Affirmed |

### March 1, 2016

| | | |
|---|---|---|
| CAAP–14–00 00697 | MHL v. HJKL | Affirmed |

### March 2, 2016

| | | |
|---|---|---|
| CAAP–14–00 01331 | State v. Hall | Reversed |

### March 3, 2016

| | | |
|---|---|---|
| CAAP–11–00 00714 | State v. Gonzalez | Affirmed |
| SCWC–12–0000 682 | State v. Kiyuna | Affirmed |